IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SARAH OWEN,

Plaintiff,

v.                                                                          No. 13-0634-DRH

WEL COMPANIES, INC.,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

On January 23, 2014, the parties filed a joint stipulation of dismissal with prejudice (Doc. 16). Thus, the Court **ACKNOWLEGES** the stipulation and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 24th day of January, 2014.

David R. Herndon
2014.01.24 05:48:31 -06'00'

**Chief Judge
United States District Court**