## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

SARAH OWEN,

      **Plaintiff,**

v.

WEL COMPANIES, INC.,

      **Defendant.**                                              No. **13-cv-634-DRH**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on a Stipulation for Dismissal executed by both parties (Doc. 16).

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 17), this case is **DISMISSED** with prejudice.

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**

                              **BY:** _____*/s/Sara Jennings*_____
                                      **Deputy Clerk**

Dated:   January 24, 2014

David R. Herndon
2014.01.24
05:53:12 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT